UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRICKLAYERS AND ALLIED CRAFTWORKERS,
LOCAL NO. 1 OF MICHIGAN, AFL-CIO,

        Plaintiff,

-v-                                           Case No. 04-71079
                                             Hon. Avern Cohn

METRO JOINT SEALANTS, LLC and
TIMOTHY P. FRANKLAND,

        Defendants.
_____/

## SATISFACTION OF JUDGMENT

THE PLAINTIFFS herein, Bricklayers and Allied Craftworkers, Local Union No. 1 of Michigan, AFL-CIO, by and through their attorneys, Erman, Teicher, Miller, Zucker & Freedman, P.C., state that the Judgment in Favor of Plaintiffs and Against Defendants, Metro Joint Sealants, L.L.C. and Timothy P. Frankland, entered in the above-captioned case on June 29, 2004, a copy of which is attached hereto as Exhibit A, is deemed satisfied.

                                      ERMAN, TEICHER, MILLER,
                                      ZUCKER & FREEDMAN, P.C.

                                      _____/s/ David M. Eisenberg_____
                                      DAVID M. EISENBERG (P68678)
                                      Attorneys for Plaintiff
                                      400 Galleria Officentre, Ste. 444
                                      Southfield, MI 48034
                                      (248) 827-4100

DATED: May 4, 2006

F:\FUNDS\METRO JOINT SEALANTS\satisfaction of judgment.doc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

BRICKLAYERS AND ALLIED CRAFTWORKERS,
LOCAL NO. 1 OF MICHIGAN, AFL-CIO,

    Plaintiff,

v

METRO JOINT SEALANTS, LLC and
TIMOTHY P. FRANKLAND

    Defendants,

                                /

SACHS WALDMAN
GEORGE H. KRUSZEWSKI (P25857)
Attorneys for Plaintiff
1000 Farmer Street
Detroit, Michigan 48226
(313) 965-3464
                                /

CASE NO. 04-71079
HON. AVERN COHN



FILED
JUN 29 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## JUDGMENT FOR PLAINTIFFS

At a session of said Court, held in the Theodore Levin United States Courthouse, City of Detroit, State of Michigan, on    JUN 29 2004

PRESENT: HON.     AVERN COHN
                              U.S. DISTRICT JUDGE

    Pursuant to the stipulation of the parties,

    **IT IS HEREBY ORDERED** that Judgment is entered for Plaintiffs against Defendants Metro Joint Sealants, LLC and Timothy P. Frankland, an individual, jointly and severally; and

    **IT IS FURTHER ORDERED** that the January 19, 2004 Award of the Labor-Management Cooperation Committee is confirmed;

1

**IT IS FURTHER ORDERED THAT** Defendants Metro Joint Sealants, LLC and Timothy P. Frankland, an individual, jointly and severally, shall comply with such award by paying the following amounts:

i. $6,706.02 in wages to Dave Buda;

ii. $3,473.68 in wages to Jason Rider;

iii. $1,114.00 in wages to David Salmon.

iv. $16,587.12 in contributions to the Bricklayers Fringe Benefit Funds..

**IT IS FURTHER ORDERED THAT** Defendants Metro Joint Sealants, LLC and Timothy P. Frankland, jointly and severally, will be fined $50.00 for each violation of the wage and check stub provisions they make from this date forward.

**IT IF FURTHER ORDERED THAT** wage payments are to be sent to the Union for distribution and Fringe payments to the Bricklayers Trust Investigators office for processing.

AVERN COHN
UNITED STATES DISTRICT JUDGE

Approved as to Form and Content:
SACHS WALDMAN

By: _____
GEORGE H. KRUSZEWSKI (P25857)
Attorneys for Plaintiffs
1000 Farmer Street
Detroit, Michigan 48226

Dated: 6/28/04

TIMOTHY P. FRANKLAND, individually and for METRO JOINT SEALANTS, LLC.

By: _____
TIMOTHY P. FRANKLAND

Dated: June 23. 04

A TRUE COPY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY _____
DEPUTY CLERK

LORI B. QUIGLEY
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Mar 23, 2008

6/23/04